# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. ROBLES, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00751-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO TAKE PLAINTIFF'S DEPOSITION<br><br>[ECF No. 13] |

Plaintiff Quincy Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to take Plaintiff's deposition, filed November 9, 2017.

Good cause having been presented, it is HEREBY ORDERED that Defendants have until December 14, 2017, to take Plaintiff's deposition.

IT IS SO ORDERED.

Dated: __**November 13, 2017**__

                                                      UNITED STATES MAGISTRATE JUDGE