# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY BROWN, <br><br> Plaintiff, <br><br> v. <br><br> R. ROBLES, et al., <br><br> Defendants. | Case No.: 1:16-cv-00751-SAB (PC) <br><br> ORDER DIRECTING DEFENDANTS TO SUBMIT A HARD COPY OF PLAINTIFF'S ENTIRE DEPOSITION TRANSCRIPT |

Plaintiff Quincy Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 29, 2018, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition. (ECF No. 19.) However, Defendants did not file a copy of the complete deposition as required by Local Rule 133(j).

Accordingly, IT IS HEREBY ORDERED that Defendants' shall lodge a hard copy of Plaintiff's entire deposition transcript within **ten days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __April 30, 2018__

UNITED STATES MAGISTRATE JUDGE

1